UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SANCHEZ-MURILLO,<br><br>           Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | No.  2:15-cv-2429-KJN<br><br><br>ORDER |

On November 20, 2015, plaintiff, represented by counsel, commenced this social security action in the Sacramento division of this district.  (ECF No. 1.)  However, the complaint alleges that plaintiff is a resident of Porterville, California, which is located in Tulare County.  Thus, the action should have been commenced in the Fresno division of this district.  See E.D. Cal. L.R. 120(d).  As such, transfer of the action to the Fresno division is appropriate.  E.D. Cal. L.R. 120(f).

Accordingly, IT IS HEREBY ORDERED that this action, including the pending motion to proceed *in forma pauperis*, is TRANSFERRED to the Fresno division of this district pursuant to Local Rule 120(d) and (f).

Dated:  December 28, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE