```
```

1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Jose Luis Sanchez-Murillo

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| JOSE LUIS SANCHEZ-MURILLO, | Case No.: 1:15-cv-01925 BAM |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Jose Luis Sanchez-Murillo ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to

-1-

bear its own fees, costs, and expenses.  The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: August 10, 2016          Respectfully submitted,

                                        LAW OFFICES OF LAWRENCE D. ROHLFING

                                             /s/ *Young Cho*
                           BY:_____
                                      Young Cho
                                      Attorney for plaintiff Jose Luis Sanchez-Murillo

DATE: August 10, 2016          PHILIP A. TALBERT
                                      Acting United States Attorney

                                        /s/ *Scott J. Borrowman*
                                      _____
                                      SCOTT J. BORROWMAN
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant Carolyn W. Colvin,
                                      Acting Commissioner of Social Security
                                      (Per e-mail authorization)

### ORDER

Pursuant to the parties' stipulation, this action is HEREBY DISMISSED with prejudice, each party to bear its own fees, costs and expenses.

IT IS SO ORDERED.

Dated:   **August 10, 2016**           /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE